# Exhibit 1

Digitally Signed By: United States Patent and Trademark Office
Location: United States Patent and Trademark Office
Date: 2022.09.12 10:33:35 -04'00'

# United States of America
## United States Patent and Trademark Office

# XIRQI

**Reg. No. 6,855,119**
**Registered Sep. 27, 2022**
**Int. Cl.: 10**
**Trademark**
**Principal Register**

Zhou Ruixia (CHINA INDIVIDUAL)
40 Danan Street, North City office,
Zaoyang, Hubei, CHINA 518000

CLASS 10: Dentures; Braces for teeth; Breast pumps; Clips for pacifiers; Commode chairs; Contraceptive apparatus; Disposable finger fitting polyethylene sleeves for hygienic insertion of a tampon; Electric hearing aids; Electric massage apparatus for household use; Electrical weight loss body belt; Feeding bottles; Foot massage apparatus; Gloves for medical use; Hearing aids; Mouth exerciser for use in exercising and strengthening mouth and facial muscles for medical and beauty benefits; Mouth guards for medical purposes; Orthopaedic belts; Teething rings; Therapeutic apparatus, namely, body limb thermal compression undergarments for relief of muscular and joint pain through targeted thermal application and compression; Thermometers for medical use; Vibrating apparatus used to stimulate muscles and increase strength and physical performance for health and medical purposes

FIRST USE 9-15-2020; IN COMMERCE 9-15-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

The wording "XIRQI" has no meaning in a foreign language.

SER. NO. 90-417,778, FILED 12-28-2020



*Katherine Kelly Vidal*
Director of the United States
Patent and Trademark Office



> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

**STATUS** | DOCUMENTS | MAINTENANCE | Back to Search | Print

| | |
|---|---|
| Generated on: | This page was generated by TSDR on 2025-09-16 03:19:14 EDT |
| Mark: | XIRQI |



| | | | |
|---|---|---|---|
| US Serial Number: | 90417778 | Application Filing Date: | Dec. 28, 2020 |
| US Registration Number: | 6855119 | Registration Date: | Sep. 27, 2022 |
| Filed as TEAS Plus: | Yes | Currently TEAS Plus: | Yes |
| Register: | Principal | | |
| Mark Type: | Trademark | | |
| TM5 Common Status Descriptor: | | LIVE/REGISTRATION/Issued and Active  The trademark application has been registered with the Office. | |
| Status: | Registered. The registration date is used to determine when post-registration maintenance documents are due. | | |
| Status Date: | Sep. 27, 2022 | | |
| Publication Date: | Jul. 12, 2022 | | |

## Mark Information

| | |
|---|---|
| Mark Literal Elements: | XIRQI |
| Standard Character Claim: | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| Mark Drawing Type: | 4 - STANDARD CHARACTER MARK |
| Translation: | The wording "XIRQI" has no meaning in a foreign language. |

## Goods and Services

Note:
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | |
|---|---|
| For: | Dentures; Braces for teeth; Breast pumps; Clips for pacifiers; Commode chairs; Contraceptive apparatus; Disposable finger fitting polyethylene sleeves for hygienic insertion of a tampon; Electric hearing aids; Electric massage apparatus for household use; Electrical weight loss body belt; Feeding bottles; Foot massage apparatus; Gloves for medical use; Hearing aids; Mouth exerciser for use in exercising and strengthening mouth and facial muscles for medical and beauty benefits; Mouth guards for medical purposes; Orthopaedic belts; Teething rings; Therapeutic apparatus, namely, body limb thermal compression undergarments for relief of muscular and joint pain through targeted thermal application and compression; Thermometers for medical use; Vibrating apparatus used to stimulate muscles and increase strength and physical performance for health and medical purposes |
| International Class(es): | 010 - Primary Class |
| U.S Class(es): | 026, 039, 044 |
| Class Status: | ACTIVE |
| First Use: | Sep. 15, 2020 |
| Use in Commerce: | Sep. 15, 2020 |

## Basis Information (Case Level)

## Current Owner(s) Information

| | |
|---|---|
| Owner Name: | ALBION BRAND FOUNDRY LTD |

| | | | |
|---|---|---|---|
| **Owner Address:** | 40 CREEK ROAD<br>LONDON UNITED KINGDOM SE8 3FN | | |
| **Legal Entity Type:** | LIMITED COMPANY | **State or Country Where Organized:** | CHINA |

▲ Attorney/Correspondence Information

▲ Prosecution History

▲ TM Staff and Location Information

▲ Assignment Abstract Of Title Information - Click to Load

▲ Proceedings - Click to Load

Feedback