UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-cv-25961-RAR

ALBION BRAND FOUNDRY LTD,

    Plaintiff,

v.

The Partnerships, Unincorporated Associations Identified on Schedule A,

    Defendants.

_____/

**NOTICE OF ENTRY OF PARTIES LISTED INTO CM/ECF**

Plaintiff, ALBION BRAND FOUNDRY LTD, by and through its undersigned counsel, hereby files this Notice of Entry of Parties, entering the Defendants listed on Schedule A to the Complaint ECF No. [1], attached hereto.

DATED: December 19, 2025.                    Respectfully submitted,

                                                        /s/ Andrew Palmer
                                                        Andrew J. Palmer
                                                        Palmer Law Group, P.A.
                                                        401 E Las Olas Blvd, Suite 1400
                                                        Fort Lauderdale, FL 33301
                                                        Phone: 954-771-7050
                                                        ajpalmer@palmerlawgroup.com
                                                        ***Attorney for Plaintiff***

**Schedule A Defendants**

| Def. # | Seller Aliases | Defendants' Walmart Store URLs |
|---|---|---|
| 1 | Zexumo Inc | https://www.walmart.com/global/seller/101267498 |
| 2 | Huili Store | https://www.walmart.com/global/seller/101212860 |
| 3 | Weini Store | https://www.walmart.com/global/seller/102759795 |
| 4 | AiXi LLC | https://www.walmart.com/global/seller/101476767 |
| 5 | Twflaqlo | https://www.walmart.com/global/seller/101654434 |
| 6 | Huayi LLC | https://www.walmart.com/global/seller/101681981 |
| 7 | hhhaaa111 | https://www.walmart.com/global/seller/102752392 |
| 8 | wangbirong | https://www.walmart.com/global/seller/102858846 |
| 9 | tzzokko | https://www.walmart.com/global/seller/102760313 |
| 10 | QinSiLiStore | https://www.walmart.com/global/seller/102765434 |
| 11 | mongchihan | https://www.walmart.com/global/seller/102850819 |
| 12 | WeijStore | https://www.walmart.com/global/seller/102867701 |
| 13 | JYEhe | https://www.walmart.com/global/seller/102879887 |
| 14 | Tywei | https://www.walmart.com/global/seller/102882879 |
| 15 | jinanzhidaohaishangmao | https://www.walmart.com/global/seller/101640818 |
| 16 | xiamenjutongfushangmao | https://www.walmart.com/global/seller/102836576 |
| 17 | Yunkaino | https://www.walmart.com/global/seller/102652017 |
| 18 | Ruixiong Hui | https://www.walmart.com/global/seller/102758195 |
| 19 | LawA | https://www.walmart.com/global/seller/102860497 |
| 20 | AsiaForest LLC | https://www.walmart.com/global/seller/101658940 |
| 21 | RainTechLLC | https://www.walmart.com/global/seller/101658958 |
| 22 | yunaishangmao | https://www.walmart.com/global/seller/102919538 |
| 23 | lidonghao | https://www.walmart.com/global/seller/102862299 |
| 24 | Langxin Household Co., Ltd | https://www.walmart.com/global/seller/101100102 |